AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

D.P. by and through his next friend P.S, et al.

*Plaintiff(s)*

v.   Civil Action No. 9:21-cv-81099-AMC

SCHOOL BOARD OF PALM BEACH COUNTY, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  School Board of Palm Beach County
Fulton-Holland Educational Services Center
3300 Forest Hill Boulevard
West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sam Boyd, Esq.
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 22, 2021

Angela E. Noble
Clerk of Court

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

D.P. by and through his next friend P.S, et al.

*Plaintiff(s)*

v.

SCHOOL BOARD OF PALM BEACH COUNTY, et al.

*Defendant(s)*

Civil Action No. 9:21cv81099

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DR. DONALD E. FENNOY, II, Superintendent
Fulton-Holland Educational Services Center
3300 Forest Hill Boulevard
West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sam Boyd, Esq.
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 22, 2021



**SUMMONS**

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| D.P. by and through his next friend P.S, et al.<br><br>*Plaintiff(s)*<br>v.<br>SCHOOL BOARD OF PALM BEACH COUNTY, et al.<br><br>*Defendant(s)* | Civil Action No. 9:21cv81099 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DANIEL ALEXANDER, Chief of Police
School Police
Fulton-Holland Educational Services Center
3300 Forest Hill Boulevard, Suite B-101
West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sam Boyd, Esq.
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 22, 2021

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| D.P. by and through his next friend P.S, et al.<br><br>*Plaintiff(s)*<br>v.<br>SCHOOL BOARD OF PALM BEACH COUNTY, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 9:21cv81099<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OFFICER JOSE CUELLAR
School Police
Fulton-Holland Educational Services Center
3300 Forest Hill Boulevard, Suite B-101
West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sam Boyd, Esq.
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Jun 22, 2021

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| D.P. by and through his next friend P.S, et al. <br><br> *Plaintiff(s)* <br> v. <br> SCHOOL BOARD OF PALM BEACH COUNTY, et al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 9:21cv81099 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OFFICER JOSEPH M. MARGOLIS, JR.
School Police
Fulton-Holland Educational Services Center
3300 Forest Hill Boulevard, Suite B-101
West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sam Boyd, Esq.
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 22, 2021

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

D.P. by and through his next friend P.S, et al.

*Plaintiff(s)*

v.

SCHOOL BOARD OF PALM BEACH COUNTY, et al.

*Defendant(s)*

Civil Action No. 9:21cv81099

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OFFICER HOWARD BLOCHER
School Police
Fulton-Holland Educational Services Center
3300 Forest Hill Boulevard, Suite B-101
West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sam Boyd, Esq.
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 22, 2021

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| D.P. by and through his next friend P.S, et al.<br><br>*Plaintiff(s)*<br>v.<br>SCHOOL BOARD OF PALM BEACH COUNTY, et al.<br><br>*Defendant(s)* | Civil Action No. 9:21cv81099 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   OFFICER DONALD SILVA
School Police
Fulton-Holland Educational Services Center
3300 Forest Hill Boulevard, Suite B-101
West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sam Boyd, Esq.
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Jun 22, 2021

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| D.P. by and through his next friend P.S, et al.<br><br>*Plaintiff(s)*<br>v.<br>SCHOOL BOARD OF PALM BEACH COUNTY, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  9:21cv81099 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Officer Brown, First Name Unknown
Fulton-Holland Educational Services Center
3300 Forest Hill Boulevard
West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sam Boyd, Esq.
SOUTHERN POVERTY LAW CENTER
P.O. Box 12463
Miami, FL 33101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 22, 2021

Angela E. Noble
Clerk of Court

*s/ C.Davis*
Deputy Clerk
U.S. District Courts