UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81099-CIV-CANNON

**D. P.** *et al.*,

    Plaintiffs,

v.

**SCHOOL BOARD OF PALM BEACH COUNTY** *et al.*,

    Defendants.

_____/

**ORDER GRANTING PLAINTIFFS' MOTION
FOR LEAVE TO USE INITIALS TO IDENTIFY CERTAIN PLAINTIFFS**

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion for Leave to Use Initials to Identify Certain Plaintiffs (the "Motion") [ECF No. 12]. The Court has reviewed the Motion and the record and otherwise fully advised in the premises. Accordingly, Plaintiffs' Motion for Leave to Use Initials to Identify Certain Plaintiffs is **GRANTED** as follows:

1. Until further order of the Court, Plaintiffs identified as P.S., J.S., A.B., L.H., S.S. and R.S. are permitted to proceed in this matter using those initials.

2. Until further order of the Court, all Parties will use initials to refer to P.S., J.S., A.B., L.H., S.S. and R.S. and/or redact their names in all public filings.

3. Plaintiffs will disclose the true identities of the individual Plaintiffs to Defendants.

4. Until further order of the Court, Defendants will not publicly disclose the names or personally identifying information of the individual Plaintiffs.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 28th day of June 2021.

                                                                                        _____
                                                                                        AILEEN M. CANNON
                                                                                        UNITED STATES DISTRICT JUDGE

cc:    counsel of record