UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

D.P. et al.,                                         CASE NO.: 21-81099-CIV-CANNON

      Plaintiffs,

v.

SCHOOL BOARD OF PALM BEACH
COUNTY, et al.,

      Defendants.

_____/

## MOTION FOR CLARIFICATION OF COURT'S ORDER REQUIRING COMBINED RESPONSES, OR IN THE ALTERNATIVE, FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT

COME NOW Defendants, the School Board of Palm Beach County, Florida; Dr. Donald E. Fennoy, II; Daniel Alexander; Officer Jose Cuellar; Officer Howard Blocher; Officer Johnny Brown; and Officer Jordan Lauginiger (the "School Board Defendants"), by and through their undersigned counsel, and hereby move for clarification of the Court's June 23, 2021 Order Requiring Combined Responses, or in the alternative, for an extension of time to file a response to the Plaintiffs' First Amended Complaint, and state as follows:

1.      On June 23, 2021, the Court entered an Order requiring a combined response to the Plaintiffs' original complaint from all Defendants.  *See* Order Requiring Combined Reponses, D.E. #5.

2.      The Order states in part, "After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond."  D.E. #5.

3.      Defendants, School Board, Fennoy and Alexander were served with a summons

1

and the Plaintiffs' Complaint the same day. *See* Returns of Service, D.E. #8, 9 and 10. Defendants Cuellar, Blocher, Brown and former Defendant Silva were served on July 6, 2021. *See* Returns of Service, D.E. #17, 18, 19 and 20.

4.       Defendants Margolis and Doe remained unserved until after the Plaintiffs filed their First Amended Complaint on July 26, 2021; Margolis was in fact NOT an employee of the School Board and Doe's identity was apparently not known to the Plaintiffs at the time of filing their original Complaint.. In their First Amended Complaint, they identified Officer Joseph M. Margolis, Jr. as an employee of the Town of Lantana Police Department and named Officer Lauginiger in place of Officer Doe. *See* First Amended Complaint, D.E. #31, at ¶s 45 and 49. The Plaintiffs also voluntarily dismissed Officer Silva. *See* Notice of Voluntary Dismissal, D.E. # 32.

5.       Defendants Margolis and Lauginiger were ultimately served on July 29, 2021. They were the last two Defendants to be served. *See* Returns of Service on Lauginiger, et al. and Margolis, D.E. #38 and 39.

6.       On August 6, 2021, the Court entered docket entry indicating that Margolis and Lauginiger's response to the Plaintiffs' First Amended Complaint would be due on August 12, 2021. *See* D.E. #42

7.       Inasmuch as neither Lauginiger nor Margolis had been served with a summons or complaint until July 29, 2021, the School Board Defendants believe that their combined response to the Plaintiffs' First Amended Complaint should not be due until August 19, 2021. *See* Fed. R. Civ. P. 12(a)(1)(A)(i) (allowing defendant 21 days after service of summons and complaint).

8.       D.E. #42 was presumably entered upon a reading of Fed. R. Civ. P. 15(a)(3), which generally allows 14 days to respond to an amended pleading, or within the time remaining to

respond to the original pleading, whichever is later.

9.      Inasmuch as Defendants Lauginiger and Margolis were never served with a summons or the original Complaint, and in light of the Court's Order Requiring Combined Responses, the School Board Defendants submit that the Defendants' combined response to the First Amended Complaint be due 21 days after the last Defendants were served (August 19, 2021).

10.      Alternatively, the School Board submits that, owing to the confusion arising out of the Court's Order, and the length and complexity of the First Amended Complaint, good cause exists for an extension of time to respond.  *See* Fed. R. Civ. P. 6(b)(1)(A) (generally allowing for the Court to extend time for a party to act).  Defendants respectfully request that the deadline for their response be extended until August 19, 2021.  Counsel for the Plaintiffs has graciously agreed to such an extension if one is necessary.

11.      In addition, as the First Amended Complaint alleges, Officer Margolis is the only individual Defendant who was not employed by the School Board, and he is represented by separate counsel.  The School Board Defendants seek clarification as to whether the Court's Order Requiring Combined Responses will require Margolis to combine his response to the First Amended Complaint with that of the School Board Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for the School Board Defendants has conferred with counsel for the Plaintiffs, by email on Friday, August 6, 2021, and obtained agreement as to the relief requested.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on August 9, 2021, the foregoing document served via email

on all counsel or parties of record on the Service List below.

The School Board of Palm Beach County, Florida
Shawn Bernard, Esquire, General Counsel

By:  _/s/ _J. Erik Bell_____
   Jon Erik Bell, Esq.
   Florida Bar No. 328900
   Laura Esterman Pincus, Esq.
   Florida Bar No. 90018
   Anna Patricia Morales, Esq.
   Florida Bar No. 27634
   Lisa Anne Carmona, Esq.
   Florida Bar No. 843490
   Melissa M. McCartney, Esq.
   Florida Bar No. 11992
   Office of General Counsel
   3318 Forest Hill Boulevard, Suite C-331
   West Palm Beach, Florida 33406
   Tel: (561) 434-8500
   Fax: (561) 434-8105
   jon.bell@palmbeachschools.org
   merrie.mckenziesewell@palmbeachschools.org

**<u>SERVICE LIST:</u>**
Ann Marie Cintron-Siegel
Disability Rights Florida
1930 Harrison Street
Suite 104
Hollywood, FL 33020
850-488-9071 x 9790
Fax: 850-488-8640
Email: anns@disabilityrightsflorida.org

Evian Lynn White
Southern Poverty Law Center
PO Box 12463
Miami, FL 33101
786-447-7755
Fax: 786-237-2949

Email: evian.whitedeleon@splcenter.org

Melissa Marie Duncan
Legal Aid Society of Palm Beach County
423 Fern Street
Suite 200
West Palm Beach, FL 33401
561-655-8944
Fax: 655-5269
Email: mduncan@legalaidpbc.org

Molly Jean Paris
Disability Rights Florida
1930 Harrison Street
Suite 104
Hollywood, FL 33020
305-788-9359
Email: mollyp@disabilityrightsflorida.org

Samuel Turner Silk Boyd
Southern Poverty Law Center
PO Box 12463
Miami, FL 33101
7865700737
Email: sam.boyd@splcenter.org

Shahar Vinayi Pasch
1806 Old Okeechobee Road
Suite B
West Palm Beach, FL 33409
561-599-7400
Email: shahar@paschlaw.com

Hannah Benton Eidsath
National Center for Youth Law
712 H Street NE, DPT #32020
Washington, DC 20002
202-868-4781
Email: hbenton@youthlaw.org

Jean Strout
National Center for Youth Law
1212 Broadway, Ste. 600
Oakland, CA 94612

510-835-8098
Email: jstrout@youthlaw.org

Joshua C. Toll
King & Spalding LLP
1700 Pennsylvania Ave. NW, Ste. 200
Washington, DC 20006
202-737-8616
Email: jtoll@kslaw.com

Rachel Velcoff Hults
National Center for Youth Law
1212 Broadway, Ste. 600
Oakland, CA 94612
510-835-8098
Email: rvelcoff@youthlaw.org

Bacardi L Jackson
Southern Poverty Law Center
PO Box 12463
Miami, FL 33101
786-570-8047
Fax: 786-237-2949
Email: bacardi.jackson@splcenter.org

Eric L. Stettin
WEISS SEROTA HELFMAN
  COLE & BIERMAN, P.L.
200 East Broward Blvd., Suite 1900
Fort Lauderdale, FL  33301
(954) 763-4242
Email: estettin@wsh-law.com

Charles M. Garabedian
WEISS SEROTA HELFMAN
  COLE & BIERMAN, P.L.
200 East Broward Blvd., Suite 1900
Fort Lauderdale, FL  33301
(954) 763-4242
Email: cgarabedian@wsh-law.com