UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

D.P. et al.,

    Plaintiffs,

v.

SCHOOL BOARD OF PALM BEACH
COUNTY, et al.,

    Defendants.
_____/

CASE NO.: 21-81099-CIV-CANNON

**ORDER GRANTING MOTION FOR CLARIFICATION OF COURT'S ORDER REQUIRING COMBINED RESPONSES, OR IN THE ALTERNATIVE, FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

This matter comes before the Court upon Defendants' Motion for Clarification of Court's Order Requiring Combined Responses, or in the Alternative, For Extension of Time to File Response to Plaintiff's First Amended Complaint and the Court having reviewed the Defendant's Motion, having reviewed the file, and being otherwise advised in the premises, it is hereby:

**ORDERED AND ADJUDGED**:

1. Defendant's Motion is hereby **GRANTED**.

2. The deadline for Defendants to file a response is extended to August 19, 2021.

3. Officer Margolis **IS NOT** required to combine his response to the Plaintiffs' First Amended Complaint with that of the other Defendants.

   **DONE AND ORDERED** in Chambers at Fort Pierce, Martin County, Florida, this _____ day of _____ 2021.

                                                    _____
                                                  AILEEN M. CANNON
                                                  UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel of Record