UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:21-cv-81099-AMC

D.P. *et al.*,

      Plaintiffs,

v.

SCHOOL BOARD OF PALM BEACH COUNTY, *et al.*,

  Defendants.
_____/

## UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO COMPLAINT IN EXCESS OF TWENTY PAGES OR, IN THE ALTERNATIVE, TO FILE A SEPARATE RESPONSE

Defendant, Joseph M. Margolis, Jr. ("Officer Margolis"), by and through undersigned counsel, hereby files this Unopposed Motion for Leave to File Response to Complaint in Excess of Twenty Pages or, in the Alternative, to File a Separate Response, and as grounds, states:

1. Plaintiffs initiated this action on June 22, 2021 and filed a First Amended Complaint on July 26, 2021.

2. Plaintiffs assert various claims against the following defendants: (1) the School Board of Palm Beach County, Dr. Donald E. Fennoy II, individually, and in his capacity as Superintendent of the School District of Palm Beach County; (2) Daniel Alexander, in his official capacity as Police Chief of the Palm Beach County School District Police Department ("SDPD");

(3) SDPD Officer Jose Cuellar; (4) SDPD Officer Howard Blocher; (5) SDPD Officer Johnny Brown; (6) SDPD Officer Jordan Lauginiger; and (7) Lantana Police Department Officer Margolis.

3.      Officer Margolis is employed by a separate police department from the other officer defendants and is represented by separate counsel.

4.      On August 10, 2021, the Court ordered all defendants to file a single combined response to Plaintiffs' First Amended Complaint.

5.      Given that Officer Margolis is represented by separate counsel and a combined response is required, Officer Margolis respectfully requests leave to file a response to the Complaint in excess Local Rule 7.1(c)(2)'s twenty-page maximum. Specifically, Officer Margolis requests that the combined response page-limit be increased to forty pages, so that Officer Margolis may utilize the twenty-pages that would be available if a combined response were not required. Officer Margolis agrees that Plaintiffs should be allowed an equal page-limit increase in their response in opposition.

6.      Alternatively, Officer Margolis requests leave to file a separate response to Plaintiff's First Amended Complaint.

### Rule 7.1(a)(3) Certificate of Good-Faith Conferral

Counsel for the movant has conferred with counsel for Plaintiffs, who advised that Plaintiffs do not oppose the movant's request.

Respectfully submitted,

WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
*Counsel for Defendant*
*Ofc. Joseph M. Margolis, Jr.*
200 East Broward Boulevard, Suite 1900

Fort Lauderdale, FL 33301
(954) 763-4242

By: /s/ *Charles M. Garabedian*
    ERIC L. STETTIN
    Florida Bar No.: 831697
    Primary email: estettin@wsh-law.com
    Secondary email: skosto@wsh-law.com
    CHARLES M. GARABEDIAN
    Florida Bar No. 1000974
    Primary email: cgarabedian@wsh-law.com
    Secondary email: isevilla@wsh-law.com