UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-CV-81099-CANNON/Reinhart

**D.P.** *et al.***,**

        Plaintiffs,

v.

**SCHOOL BOARD OF PALM BEACH COUNTY** *et al.***,**

        Defendants.

_____/

## ORDER SETTING DISCOVERY STATUS CONFERENCE

**THIS CAUSE** comes before this Court upon an Order of Reference from the District Court. It is hereby **ORDERED AND ADJUDGED** as follows:

Counsel shall appear before this Court on **August 19, 2022 at 1:00 p.m. via telephone conference** for a final discovery status conference before Magistrate Judge Bruce Reinhart. Counsel, parties, or members of the public can attend by using the following instructions: Dial 1-888-557-8511; Enter access code 4098267#; and Enter security code 1234#. Counsel should dial in from a landline if possible; cellphone attendees, after noting appearance, and members of the public must remain on mute.

**ONE WEEK IN ADVANCE** of this conference, counsel shall file a **joint discovery status report** which addresses the following:

a.) what discovery has been propounded by each party;

    b.) whether the discovery requests have been answered;

    c.) the status of depositions, including:

        1. the number of depositions already taken;

        2. the number of remaining depositions and whether they have been scheduled; and

        3. an explanation of any delay in scheduling the remaining depositions;

    d.) the status of expert disclosures;

    e.) whether there are any outstanding discovery disputes;

    f.) whether the parties believe that a discovery status conference is needed; and

    g.) whether the parties can certify that all discovery will be completed by the discovery deadline.

**DONE and ORDERED** in Chambers on October 5th, 2021, at West Palm Beach in the Southern District of Florida.

                                            BRUCE REINHART
                                        UNITED STATES MAGISTRATE JUDGE