UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81099-CIV-CANNON/Reinhart

**D. P.** *et al.*,

    Plaintiffs,

v.

**SCHOOL BOARD OF PALM BEACH COUNTY** *et al.*,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION AND
RESETTING PRETRIAL AND TRIAL DEADLINES[1]**

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Extension of Deadlines (the "Joint Motion") [ECF No. 107], filed on July 18, 2022. Following review of the record, the Court hereby **GRANTS** the Joint Motion [ECF No. 107] and resets the pretrial and trial deadlines in the following manner:

* * *

Trial in this matter is reset for the Court's two-week trial calendar beginning on **May 8, 2023, at 9:00 a.m.** Counsel for all parties shall appear at a calendar call on **May 2, 2023, at 1:45 p.m.** Motions to Bring Electronic Equipment into the Courtroom must be filed **one week** in advance of the relevant hearing and must describe with specificity the electronic equipment intended for use in the courtroom. No pretrial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted at the Alto Lee

---

[1] This Order supersedes the deadlines set forth in the Court's prior Scheduling Order [ECF No. 60]. All other instructions in the Scheduling Order [ECF No. 60] remain in effect.

CASE NO. 21-81099-CIV-CANNON/Reinhart

Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4008, Fort Pierce, Florida 34950.  The parties shall adhere to the following schedule:

**Expired**.  The parties shall file motions to amend pleadings or join additional parties.

**November 11, 2022**.  The parties exchange expert witness summaries or reports.

**December 16, 2022**.  The parties exchange rebuttal expert witness summaries or reports.

**December 16, 2022**.  All discovery, including expert discovery, shall be completed.

**January 26, 2023**.  The parties must have completed mediation and filed a mediation report.  Within **five** (5) days of mediation, the parties are required to file a mediation report with the Court.  The mediation report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse.  If mediation is not conducted, the case may be stricken from the trial calendar, and other sanctions may be imposed.[2]

**January 27, 2023**.  The parties shall file all pre-trial motions, including motions for summary judgment, and *Daubert* motions.  **Each party is limited to filing one *Daubert* motion**.  If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages.  The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification.  **The parties are directed to review the Court's procedure for the filing of summary judgment motions (set out below)**.

**April 7, 2023**.  The parties shall file the following materials:

(1) a joint pre-trial stipulation pursuant to Local Rule 16.1(e);

(2) a joint exhibit list and a joint trial plan in accordance with the Court's templates available at https://www.flsd.uscourts.gov/content/judge-aileen-m-cannon (under "Civil Procedures" tab);

(3) individually filed witness lists and deposition designations (and objections thereto and counter designations);

(4) joint proposed jury instructions and verdict; and

(5) any motions *in limine* (other than *Daubert* motions).  **Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules.  The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification**.

---

[2] The parties are scheduled to conduct mediation on September 16, 2022 [ECF No. 67].

CASE NO. 21-81099-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 20th day of July 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

3