IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CV-81099 (Cannon/Reinhart)

D.P. *et al.*,

    Plaintiffs

vs.

SCHOOL BOARD OF PALM BEACH COUNTY *et al.*,

    Defendants.

_____

### JOINT MOTION FOR EXTENSION OF DEADLINE TO EXCHANGE EXPERT REPORTS

Plaintiffs D.P., P.S., E.S., J.S., W.B., L.H., M.S., S.S., R.S., and Disability Rights Florida and Defendants School Board of Palm Beach County, Dr. Donald Fennoy, Chief Daniel Alexander, Officer Jose Cuellar, Officer Howard Blocher, Officer Johnny Brown, and Officer Jordan Lauginiger (together "Parties") jointly move for an extension of time for the Parties to provide their expert witness summaries or reports.

The Parties previously obtained the Court's permission to extend their deadline to exchange expert reports from November 11, 2022 until November 18, 2022. They did so to accommodate the schedule of a witness who the School Board has designated as a 30(b)(6) deponent on several topics central to Plaintiffs' claims who could not be deposed until November 9th. Unfortunately, the deposition occurred on that date but had to be ended early due to the effects of Hurricane Nicole. A second day of testimony has been scheduled for November 18th. The offices of Defendants' counsel and some attorneys for Plaintiffs are closed the week of Thanksgiving. Accordingly, to allow completion of this deposition prior to the exchange of expert reports, to otherwise make up for time lost due to the hurricane and accommodate the Thanksgiving holiday, and to allow adequate time for rebuttal reports and expert depositions, the Parties request that the deadline for the Parties to provide their expert witness summaries or

1

reports be extended to **November 30, 2022** and the deadline for expert discovery, including rebuttal reports, be extended to **Dec. 23, 2022.**

Dated: November 15, 2022

| | |
|---|---|
| For The School Board of Palm Beach County, Florida<br>Shawn Bernard, Esquire, General Counsel,<br><br> /s/ J. Erik Bell<br>Jon Erik Bell, Esq.<br>Florida Bar No. 328900<br>Laura Esterman Pincus, Esq.<br>Florida Bar No. 90018<br>Anna Patricia Morales, Esq.<br>Florida Bar No. 27634<br>Lisa Anne Carmona, Esq.<br>Florida Bar No. 843490<br>Sean Fahey, Esq.<br>Florida Bar No. 0101083<br>Office of General Counsel<br>3318 Forest Hill Boulevard, Suite C-331<br>West Palm Beach, Florida 33406<br>Tel: (561) 434-8500<br>Fax: (561) 434-8105<br>jon.bell@palmbeachschools.org<br>merrie.mckenziesewell@palmbeachschools.org | For Plaintiffs,<br><br>/s/ Sam Boyd<br><br>BACARDI JACKSON (Florida Bar No. 47728)<br>SAM BOYD (Florida Bar No. 1012141)<br>Southern Poverty Law Center<br>P.O. Box 12463<br>Miami, FL 33101<br>Tel: 786-347-2056<br>Fax: 786-237-2949<br>bacardi.jackson@splcenter.org<br>sam.boyd@splcenter.org<br><br>ANN MARIE CINTRON-SIEGEL (Florida Bar No. 166431)<br>MOLLY J. PARIS (Florida Bar No. 90486)<br>Disability Rights Florida, Inc.<br>1930 Harrison St. Ste. 104<br>Hollywood, FL 33020<br>Tel: 800-342-0823<br>Fax: 850-617-6647<br>anns@disabilityrightsflorida.org<br>mollyp@disabilityrightsflorida.org<br><br>SHAHAR PASCH (Florida Bar No. 580971)<br>Pasch Law Group<br>1806 Old Okeechobee Road, Suite B<br>West Palm Beach, FL 33409<br>Tel: 561-599-7400<br>Fax: 561-258-8243<br>shahar@paschlaw.com<br><br>MELISSA DUNCAN (Florida Bar No. 796921)<br>Legal Aid Society of Palm Beach County, Inc.<br>423 Fern St., Ste. 200<br>West Palm Beach, FL 33401-5839<br>Tel: 561-655-8944<br>Fax: 561-655-5269<br>mduncan@legalaidpbc.org |

HANNAH BENTON EIDSATH (admitted pro hac vice)
National Center for Youth Law
712 H Street NE, DPT #32020
Washington, D.C. 20002
Tel: 510-899-6559
Fax: 510-380-7603
hbenton@youthlaw.org

JEAN STROUT (admitted pro hac vice)
RACHEL VELCOFF HULTS (admitted pro hac vice)
National Center for Youth Law
1212 Broadway, Ste. 600
Oakland, CA 94612
Tel: 510-835-8098
Fax: 510-835-8099
jstrout@youthlaw.org
rvelcoff@youthlaw.org

JOSHUA C. TOLL (admitted pro hac vice)
King & Spalding LLP
1700 Pennsylvania Ave. NW, Ste. 200
Washington, D.C. 20006
Tel: 202-737-8616
Fax: 202-626-3737
jtoll@kslaw.com