UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-81099-CIV-CANNON

D.P. et al., )
  )
  Plaintiffs, )
v. )
  )
SCHOOL BOARD OF PALM BEACH )
COUNTY, et al., )
  )
  Defendants )
_____/ )

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

This matter comes before the Court upon Defendants' Motion for Leave to File Certain Exhibits to Defendants' Motion for Summary Judgment Under Seal and Incorporated Memorandum of Law, having reviewed the file, and being otherwise advised in the premises, it is hereby:

**ORDERED AND ADJUDGED**:

1. Defendant's Motion is hereby **GRANTED**.

2. In order to comply with the Family Educational Rights and Privacy Act (FERPA) 20 U.S.C. 1232g, and the regulations thereto, the following documents shall be filed under seal:

   a) Individual Educational Plans ("IEPs");

1

    b) Exceptional Student Education ("ESE") forms and/or evaluations;

    c) Restraint and Seclusion Incident Reports;

    d) Suicide Risk Assessments;

    e) Statements/interviews during Internal Affairs investigations of School Police actions or omissions involving the student Plaintiffs or other student incidents;

    f) Email correspondence discussing the student Plaintiffs;

    g) Documents that contain information that could identify a student or their family members/guardians;

3. Defendants shall file all those identified exhibits under seal pursuant to the Local Rule 5.4.

**DONE AND ORDERED** in Chambers at Fort Pierce, Martin County, Florida, this _____ day of _____ 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel of Record