**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 21-81099-CIV-CANNON/Reinhart**

**D. P. et al**.,

       Plaintiffs,

v.

**SCHOOL BOARD OF PALM BEACH COUNTY**,

       Defendant.

_____/

**ORDER LIFTING STAY AND ENTERING**
**SECOND AMENDED SCHEDULING ORDER**[1]

    **THIS CAUSE** comes before the Court upon a sua sponte review of the record.  Being fully

advised in the premises, the Court hereby **LIFTS** the previously entered stay of pre-trial deadlines

[ECF Nos. 148, 158] and resets the pretrial and trial deadlines as set forth below.

                       \* \* \*

    Trial in this matter is reset for the Court's two-week trial calendar beginning on **September**

**25, 2023, at 9:00 a.m.**  Counsel for all parties shall appear at a combined pretrial conference and

calendar call on **September 19, 2023, at 1:45 p.m.**  Motions to Bring Electronic Equipment into

the Courtroom must be filed **one week** in advance of the relevant hearing and must describe with

specificity the electronic equipment intended for use in the courtroom.  Unless instructed otherwise

by subsequent order, the trial and all other proceedings in this case shall be conducted at the Alto

Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4008, Fort

---

[1] This Order supersedes the deadlines set forth in the Court's prior Scheduling Orders
[ECF Nos. 60, 108].  All other instructions in the prior Scheduling Orders [ECF Nos. 60, 108]
remain in effect.

CASE NO. 21-81099-CIV-CANNON/Reinhart

Pierce, Florida 34950.  The parties shall adhere to the following schedule:

**Expired (November 11, 2022)**. The parties exchange expert witness summaries or reports.

**Expired (December 16, 2022)**. The parties exchange rebuttal expert witness summaries or reports.

**Expired (December 16, 2022)**.  All discovery, including expert discovery, shall be completed.

**Expired (January 26, 2023)**. The parties must have completed mediation and filed a mediation report.[2]

**May 17, 2023**. The parties shall file all pre-trial motions, including motions for summary judgment, and *Daubert* motions.  **Each party is limited to filing one *Daubert* motion**.  If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages.  The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification.  **The parties are directed to review the Court's procedure for the filing of summary judgment motions [ECF No. 60].**

**August 24, 2023**. The parties shall file the following materials:

(1) a joint pre-trial stipulation pursuant to Local Rule 16.1(e);

(2) a joint exhibit list and a joint trial plan in accordance with the Court's templates available at https://www.flsd.uscourts.gov/content/judge-aileen-m-cannon (under "Civil Procedures" tab);

(3) individually filed witness lists and deposition designations (and objections thereto and counter designations);

(4) joint proposed jury instructions and verdict; and

(5) any motions *in limine* (other than *Daubert* motions).  **Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules.  The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification**.

---

[2] The parties conducted mediation on September 16, 2022; the case did not settle [ECF Nos. 67, 143].

CASE NO. 21-81099-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of April 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

3