UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

D.P. et al.,                                                    CASE NO.: 21-81099-CIV-CANNON

      Plaintiffs,
v.

SCHOOL BOARD OF PALM BEACH
COUNTY, et al.,

      Defendants.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT**

COMES NOW the Defendant, the School Board of Palm Beach County, Florida, by and through undersigned counsel, and pursuant to S.D. Fla. R. 5.4, hereby moves to file under seal select exhibits to depositions in support of Defendant's Motion for Summary Judgment, and in support thereof state as follows:

1) Defendants anticipate filing their Motion for Summary Judgment on May 17, 2023, and in support of their Motion, will file and refer to several depositions and exhibits to those depositions taken in the above-referenced matter. Those documents that contain personal identifiable information of students or their families, or are considered student educational records, medical records, or are documents that contain information that is otherwise legally exempt from disclosure are not appropriate for a public filing. It is this select group of documents that Defendants seek to file under seal.

2) The Plaintiffs are students and their parents/guardians, as well as Disability Right Florida, who challenge the appropriateness of D.P., W.B., E.S. and M.S.'s transportation from school to a mental health receiving facility for an evaluation as a result of mental health crises at school.

Per the Courts' Orders, including the Confidentiality Order (Docket 78), Plaintiffs are identified by their initials in the depositions. However, Plaintiffs' educational records, especially Individual Educational Plans ("IEPs", were produced unredacted and many of these documents were used as exhibits to depositions in this case. It is these confidential student education records that Defendants seek to file under seal.

3) As an educational institution, and current and former employees of an educational institution that receives funding from the U.S. Department of Education, Defendants must comply with the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. 1232g. FERPA protects the privacy of student educational records. There are only limited situations where an educational institution is permitted to disclose student records without the consent of a parent/guardian or eligible student (a student over the age of 18). Those limited situations are set forth in 34 CFR 99.31, and include allowing disclosure to school officials with a legitimate educational interest, allowing disclosure to other schools where a student is transferring, and other exceptions that do not apply to this litigation.

4) As set out in the regulations governing FERPA, a student's "personally identifiable information" is not just specific information about a student such as his or her name, but also "[o]ther information that, alone or in combination, is linked or linkable to a specific student that would allow a reasonable person in the school community, who does not have personal knowledge of the relevant circumstances, to identify the student with reasonable certainty." 34 CFR § 99.3.

5) In addition, as part of the extensive document production process, certain School Police incident reports were produced. Although these documents were produced with student names and identifying information redacted if they did not involve the Plaintiffs, from the descriptions

of the circumstances, the names of the schools, the names of the teachers or administrators involved, and the dates of the events, these documents could allow a member of the public to potentially identify the student(s) involved. These documents are also considered confidential student education records, that Defendants also seek to file under seal.

6) Defendants seek an Order allowing them to file the following category of documents that contain personal identifying information, or are protected from disclosure under FERPA as student educational records:

   a) Individual Educational Plans ("IEPs");

   b) Exceptional Student Education ("ESE") forms and/or evaluations;

   c) Restraint and Seclusion Incident Reports;

   d) Suicide Risk Assessments; and

   e) Documents that contain information that could identify a student or their family members/guardians.

7) These documents are protected by the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. 1232g, and should not be made available to the public in a public filing. A redacted copy of the documents, a list of which is attached as Exhibit "A" hereto, will be filed with the motion. However, in order for the Court to consider Defendant's Motion for Summary Judgment, Defendant believes it would assist the Court to view an unredacted copy of the exhibits to Defendant's Motion. As such Defendants move for an order allowing these documents to be filed under seal.

8) Undersigned counsel for the Defendants have conferred with Plaintiffs' counsel regarding the instant motion and they do not oppose this filing and have agreed that any documents marked confidential can be filed under seal. (See Local Rule 7.1(a)(3) Certificate below).

WHEREFORE, the Defendants respectfully request that the Court enter an Order authorizing the Defendants to file under seal those exhibits in support of Defendants' Motion for Summary Judgment that are protected from disclosure by FERPA (20 U.S.C. 1232g), and such further relief as it deems just and proper.

### Certificate Pursuant to Local Rule 7.1(a)(3)

Undersigned counsel for the Defendant conferred with Plaintiffs' counsel on May 16, 2023; and Plaintiffs do not oppose the instant motion.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 16, 2023, the foregoing document served via email on all counsel of record.

> The School Board of Palm Beach County, Florida
> Shawn Bernard, Esquire, General Counsel
>
> By:   /s/ A. Patricia Morales
>     Anna Patricia Morales, Esq.
>     Florida Bar No. 027634
>     Jon Erik Bell, Esq.
>     Florida Bar No. 328900
>     Laura Esterman Pincus, Esq.
>     Florida Bar No. 90018
>     Lisa Anne Carmona, Esq.
>     Florida Bar No. 843490
>     Sean Fahey, Esq.
>     Florida Bar No. 0101083
>     Danielle Sherriff, Esq.
>     Florida Bar No.: 060073
>     Office of General Counsel
>     3318 Forest Hill Boulevard, Suite C-331

        West Palm Beach, Florida 33406
        Tel: (561) 434-8500
        Fax: (561) 434-8105
        jon.bell@palmbeachschools.org
        lesline.alexander@palmbeachschools.org