# INCIDENT/INVESTIGATION REPORT

| Agency Name | Palm Beach School District |
|---|---|
| ORI | FL0504200 |
| Location of Incident | 500 NW AVENUE L, Belle Glade FL 33430 |
| Gang Related | NO |
| Premise Type | School / College |
| Zone/Tract | S42 |
| Case# | 2100000249 |
| Date / Time Reported | 02/16/2021  11:02  Tue |
| Last Known Secure | 02/16/2021  10:43  Tue |
| At Found | 02/16/2021  10:45  Tue |

**INCIDENT DATA**

#1 Crime Incident(s): Baker Act 394.463 (Com)
Weapon / Tools: NONE OR N/A
Entry: | Exit: | Security: | Activity:

#2 Crime Incident:
Weapon / Tools:
Entry: | Exit: | Security: | Activity:

#3 Crime Incident:
Weapon / Tools:
Entry: | Exit: | Security: | Activity:

**MO**

**VICTIM**

# of Victims: ()  Type:  Injury:

V1 Victim/Business Name (Last, First, Middle):
Victim of Crime #:  DOB/Age:  Race:  Sex:  Relationship To Offender:  Resident Status:  Military Branch/Status:
Home Address:  Home Phone:
Employer Name/Address:  Business Phone:  Mobile Phone:
VYR | Make | Model | Style | Color | Lic/Lis | VIN

**OTHERS INVOLVED**

CODES: V - Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

Type: INDIVIDUAL  Injury:
Code: IO  Name (Last, First, Middle): [REDACTED]
Victim of Crime #:  DOB/Age: [REDACTED]  Race: [REDACTED]  Sex: [REDACTED]  Relationship To Offender:  Resident Status:  Military Branch/Status:
Home Address: [REDACTED]  Home Phone: [REDACTED]
Employer Name/Address: [REDACTED]  Business Phone:  Mobile Phone:

Type: INDIVIDUAL  Injury:
Code: BA  Name (Last, First, Middle): [REDACTED]
Victim of Crime #:  DOB/Age: [REDACTED]  Race: [REDACTED]  Sex: [REDACTED]  Relationship To Offender:  Resident Status:  Military Branch/Status:
Home Address: [REDACTED]  Home Phone: [REDACTED]
Employer Name/Address: Ele [REDACTED] GRADE  Business Phone: 561-[REDACTED]  Mobile Phone:

**PROPERTY**

L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Status**

Officer/ID#: BROWN, JOHNNY  (1180)
Invest ID#: (0)
Supervisor: ARNETT, TYRON T  (1155)
Complainant Signature:
Case Status: Inactive  02/16/2021
Case Disposition:
Page 1

R_CS1IBR  Printed By: 1142493, RECORDS2  06/21/2021 07:16

Exhibit Brown 5
21st Jul 2022

SBPBC-Baker_Act_0000016

# INCIDENT/INVESTIGATION REPORT

*Palm Beach School District*

Case # *2100000249*

Status Codes   L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*BURRUS, G. (871)*

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 2100000249

*Palm Beach School District*

N A R R A T I V E

**REPORTING OFFICER NARRATIVE**

| Palm Beach School District | | OCA<br>2100000249 |
|---|---|---|
| Victim | Offense<br>*BAKER ACT* | Date / Time Reported<br>*Tue 02/16/2021 11:02* |

On Tuesday, 02/16/2021, around 10:39 AM, I (Officer J. Brown #1180) was called by ▇▇▇▇ Elementary, Administration, via school radio about a student in crisis.

Upon arrival, I met with Mr. Brown, who advised me that student ▇▇▇▇ (▇▇▇▇), was involved in a physical altercation with another student. As a result, ▇▇▇▇ became aggressive toward others by throwing chairs in there direction.

Once I met with ▇▇▇▇ he was still visibly upset. ▇▇▇▇ at that time, stated to me "that he wants to commit suicide." ▇▇▇▇ said, "He is going to jump off a building and kill himself." ▇▇▇▇ then looked toward my supervisor's gun and stated, "he would take his gun and kill people."

▇▇▇▇s mom ▇▇▇▇ was made aware of the situation. Once she arrived, Mom informed me that ▇▇▇▇ had commented that he has been looking up ways to kill people on the internet.

As a result of ▇▇▇▇s behavior, there is a substantial likelihood that without care or treatment, ▇▇▇▇ will cause serious bodily harm to Himself or others if not treated.

Sgt. Arnett and Sgt. Burrus Notified as well as parents of ▇▇▇▇

▇▇▇▇ was transported to JFK North without incident.

---

Reporting Officer: BROWN, JOHNNY
R_CS3NC

Printed By: 1142493, RECORDS2   06/21/2021 07:16

Page 3