# JSUF Exhibit 8

## Ex. 7 to the Deposition of Jose Cuellar: E.S. Incident/Investigation Report

# FILED UNDER SEAL