# JSUF Exhibit 18

## Ex. 5 to the Deposition of Johnny Brown: W.B. Incident/Investigation Report

# FILED UNDER SEAL