# Exhibit 4

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                    WEST PALM BEACH DIVISION
                 CASE NO.: 21-CIV-81099-CANNON
 3

 4   D.P. et al.,

 5            Plaintiffs,

 6   -vs-

 7   SCHOOL BOARD OF PALM BEACH
     COUNTY et al.,
 8
              Defendants.
 9   _____

10          REMOTE VIDEOTAPED DEPOSITION OF
                    DAVID NISSENSOHN
11
              Friday, September 23, 2022
12                  10:02 - 4:12 p.m.

13

14

15

16   Reported By:
     Wendy Beath Anderson, RDR, CRR, CRC
17   Notary Public, State of Florida
     Esquire Deposition Services
18   West Palm Beach Office   Job #J8557271

19

20

21

22

23

24

25
```



```
 1   APPEARANCES:
 2       On behalf of the Plaintiffs:
 3       CARLI RABEN, ESQUIRE
         SAM BOYD, ESQUIRE
 4       SOUTHERN POVERTY LAW CENTER
         P.O. Box 12463
 5       Miami, Florida 33101
 6
 7   On behalf of the School Board of Palm Beach County:
 8       JON ERIK BELL, ESQUIRE
         SCHOOL BOARD OF PALM BEACH COUNTY
 9       3300 Forest Hill Boulevard, Suite C-331
         West Palm Beach, Florida 33406
10
11   On behalf of Officer Joseph Margolis:
12       KAITLYN N. KELLEY, ESQUIRE
         WEISS SEROTA HELFMAN COLE BIERMAN, P.L.
13       2800 Ponce de Leon Boulevard, Suite 1200
         Coral Gables, Florida 33134
14
15
16   ALSO PRESENT:
17       PATRICK MURPHY, REMOTE VIDEOGRAPHER
18
19
20
21
22
23
24
25
```



1        While I was doing that, the department started
2   developing a more comprehensive training program for the
3   officers, including putting trainers together.  And I'm
4   not sure what his rank was at the time, but Jim
5   Cummings, who was with the district police department --
6   he might have been a lieutenant -- might have been a
7   lieutenant or a captain at the time, I don't remember.
8   I was putting the training unit together.  So at that
9   time he decided that I would become part of the training
10  unit.  So I was sent to many schools to get
11  certifications.
12       I went to -- I became a certified handcuffing
13  instructor, a certified OC instructor.  That's what you
14  would commonly call pepper spray.  I became an advanced
15  defensive tactics instructor, which basically
16  compromised more of ground fighting, martial arts aspect
17  of defense.
18       And those were the first certifications that I
19  got when I was with the district.
20       And then we -- over a period of time we --
21  over a period of time we realized that the TEAM
22  techniques were extremely complicated and they were
23  seriously perishable skills.  So we went about
24  developing a new system, which is what's called VITAL.
25  And at that time I was moved into a supervisory role of



1  the training unit and we started teaching VITAL instead
2  of the TEAM program.  We let the TEAM program go and for
3  the next 15-some-odd years, we trained people in the
4  VITAL program, which required them to get certificates
5  of completion.
6          I'm just trying to think if I acquired any
7  other certificates.  I think that might be all -- oh,
8  no, I'm sorry.  I became a state-certified firearms
9  instructor also, which put me into the high-liability
10 instruction.
11         So during the year every -- I think they were
12 doing it every two years, the FDLE held a conference for
13 high-liability instructors up in Tallahassee at the
14 academy where the state troopers train to become state
15 troopers, and during that week, there was many, many
16 certifications that we acquired from these classes and
17 seminars that we attended.  So I can't even begin to
18 name all of them.  If you go through my file, you'll
19 find probably a hundred certifications in a variety of
20 different things.
21     Q.   And the handcuffing certification you
22 mentioned, is that from the Florida Department of Law
23 Enforcement?
24     A.   No, but it was recognized by the Florida --
25 not all the courses are given by the Florida Department



1    We've always trained our officers, even if you
2    put handcuffs on somebody, put handcuffs on somebody and
3    then either more information came in or somebody doesn't
4    want to prosecute, they don't want to be a victim
5    anymore, you take the handcuffs off, they're just
6    required to write a report and indicate why they put the
7    handcuffs on and then why they took them off.  Just
8    because you put handcuffs on somebody, doesn't mean they
9    have to get arrested, so...
10        Q.   But once an officer puts handcuffs on a
11   student, that has to be documented in the report?
12        A.   Well, it would because there would be a crime
13   report going along with it.  So in the police report
14   they would indicate that they handcuffed the subject.
15        Q.   Do VITAL techniques work for students with
16   autism?
17        A.   Well, I don't think I would characterize it
18   that way.  The techniques, the techniques were developed
19   for VITAL to restrain adults, teenagers, children of all
20   different sizes, weights, to restrain them in a
21   non-violent manner so we didn't cause injury, but we're
22   still able to restrain them from acting out violently.
23   And so that at the same time, we could continue the
24   verbal de-escalation and try and calm them down again so
25   we could reenter them into the economic environment that



```
 1   they were in as opposed to arresting them.
 2           I'm sorry, did that answer your question?
 3       Q.  Not quite.
 4       A.  Okay.  Give it to me again.  I'll see if I can
 5   do better for you.
 6       Q.  So do VITAL techniques work for students with
 7   autism?
 8       A.  Sure, VITAL techniques will work on anybody as
 9   far as restraining, restraining.  I think -- and I'm
10   going to base this on personal knowledge, okay?  Like I
11   told you, that I have a grandson that's autistic.
12   Verbal de-escalation skills or verbal de-escalation
13   techniques do not work on my grandson.  The only thing
14   that works on my grandson is his mother, nobody else.
15   But there was times when he was with me where he was
16   violently lashing out and I put him in a VITAL technique
17   and I held on to him until I could get his mother to
18   come over, sit down in front of him and talk to him.
19           That's not always the case, which is why we
20   stress that the -- if there was a special needs kid, we
21   wanted the PCM folks to do the restraint because they
22   had better verbal de-escalation skills in dealing with
23   special needs kids, including autism kids, than the
24   police -- than the VITAL people did.
25           And what happened over some years, because a
```



1  lot of the kids that the PCM folks were dealing with
2  were becoming more and more violent, we started
3  cross-training them.  So there were a lot of PCM people
4  that were PCM-trained, as well as VITAL-trained.  And
5  what we started training them in doing is if they were
6  dealing with an autistic child or any of the special
7  needs children, they were attempting to restrain them
8  with the PCM techniques and the verbal de-escalation
9  techniques that they were taught and if they started
10 breaking down and they had at least two members of the
11 VITAL team on that team that was working on the child,
12 they would communicate to each other we're going to go
13 to VITAL techniques and then they would switch so they
14 could hold the subject a little bit better as they were
15 acting out violently.  But they would still continue
16 using the PCM verbal de-escalation skills.
17           So it's all just a matter of who you're
18 dealing with, what the circumstances are at the time.
19 But the techniques, the restraint techniques, I can hold
20 a 250-pound person down with some VITAL techniques, and
21 I have.  So it's -- it just doesn't matter.  And VITAL
22 techniques, just so you know, has been used on adults.
23 We've used -- we've had teams use VITAL techniques on
24 staff members that -- after having a bad day at school.
25 So they can really be used on anybody.  We just as soon

