UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 21-81099-CIV-CANNON

| | |
|---|---|
| D.P. *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>SCHOOL BOARD OF PALM BEACH COUNTY,<br><br>  Defendant. | CASE NO. 21-CIV-81099-CANNON |

**NOTICE OF ACCEPTANCE OF RULE 68 OFFER**

I am the attorney for the Plaintiffs **L.H. and W.B.** in the above-entitled action, and the attached offer to allow judgment, made by the Defendant, was served on me on June 21, 2023, and that within fourteen days, on June 29, 2023, I served upon the Defendant's attorneys Laura Pincus, Sean Fahey, Anna Patricia Morales, and Jon Eric Bell, the foregoing notice that Plaintiff accepted the offer, by email and, through this notice, via ECF.

| | |
|---|---|
| Dated: June 29, 2023 | */s/ Sam Boyd* |

BACARDI JACKSON (Florida Bar No. 47728)
SAM BOYD (Florida Bar No. 1012141)
CARLI SEAN RABEN (Florida Bar No. 1036013)
Southern Poverty Law Center
P.O. Box 12463
Miami, FL 33101
Tel: 786-347-2056
Fax: 786-237-2949
bacardi.jackson@splcenter.org
sam.boyd@splcenter.org
carli.raben@splcenter.org

ANN MARIE CINTRON-SIEGEL (Florida Bar No. 166431)
MOLLY J. PARIS (Florida Bar No. 90486)
Disability Rights Florida, Inc.
1930 Harrison St. Ste. 104
Hollywood, FL 33020
Tel: 800-342-0823
Fax: 850-617-6647
anns@disabilityrightsflorida.org
mollyp@disabilityrightsflorida.org

SHAHAR PASCH (Florida Bar No. 580971)
Pasch Law Group
1806 Old Okeechobee Road, Suite B
West Palm Beach, FL 33409
Tel: 561-599-7400
Fax: 561-258-8243
shahar@paschlaw.com

MELISSA DUNCAN (Florida Bar No. 796921)
Legal Aid Society of Palm Beach County, Inc.
423 Fern St., Ste. 200
West Palm Beach, FL 33401-5839
Tel: 561-655-8944
Fax: 561-655-5269
mduncan@legalaidpbc.org

HANNAH BENTON EIDSATH (admitted *pro hac vice*)
NINA MONFREDO (admitted *pro hac vice*)
National Center for Youth Law

1

818 Connecticut Avenue NW, Ste. 425
Washington, D.C. 20006
Tel: 202-868-4791
Fax: 510-380-7603
hbenton@youthlaw.org
nmonfredo@youthlaw.org

JEAN STROUT (admitted *pro hac vice*)
RACHEL VELCOFF HULTS (admitted *pro hac vice*)
National Center for Youth Law
1212 Broadway, Ste. 600
Oakland, CA 94612
Tel: 510-835-8098
Fax: 510-835-8099
jstrout@youthlaw.org
rvelcoff@youthlaw.org

JOSHUA C. TOLL (admitted *pro hac vice*)
King & Spalding LLP
1700 Pennsylvania Ave. NW, Ste. 200
Washington, D.C. 20006
Tel: 202-737-8616
Fax: 202-626-3737
kslaw.com

3