UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

D.P. et al.,                                                                CASE NO. 21-CIV-81099-CANNON

    Plaintiffs,

vs.

SCHOOL BOARD OF PALM BEACH

COUNTY, et al.,

    Defendants,

_____/

<u>DEFENDANT'S OFFER OF JUDGMENT DIRECTED TO W.B. and L.H.</u>

TO:   W.B. by and through his next of friend, L.H, and L.H., in her individual capacity
       c/o Sam Boyd, Esq. (by electronic mail to sam.boyd@splcenter.org)
       Southern Poverty Law Center
       P.O. Box 12463
       Miami, FL  33101
       (with copies to all attorneys of record for Plaintiff W.B.)

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant School Board of Palm Beach County ("SBPBC") hereby makes this Offer of Judgment as follows:

1.    The party making the offer of judgment is Defendant SBPBC.

2.    The parties to whom the offer of judgment is directed is W.B., by and through his next friend L.H., and L.H. in her individual capacity.

3. This offer of judgment is intended to resolve all of Plaintiffs W.B. and L.H.'s claims in this action, including without limitation any and all claims arising under 42 U.S.C. §1983, 42 U.S.C. §12131, the Americans with Disability Act, 29 U.S.C. §794, §504 of the Rehabilitation Act, and Fla. Stat. §1000.05, the Florida Education Equity Act, including all claims for compensatory damages, statutory damages, injunctive relief, attorneys' fees, litigation expenses, and costs.

4. Defendant SBPBC offers to allow judgment to be entered against it in this action for:

    a. $80,000 for compensatory and statutory damages to W.B., including reasonable attorney's fees, litigation expenses and costs of suit incurred by Plaintiff W.B. in relation to this case.

    b. $30,000 for compensatory and statutory damages to L.H., including reasonable attorney's fees, litigation expenses and costs of suit incurred by Plaintiff L.H.

5. This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and shall not be construed as either an admission that the SBPBC is liable in this action, or that Plaintiffs have suffered any damage.

6. This offer of judgment shall not be filed with the Court unless a) accepted or b) in a proceeding to determine the reasonableness hereof.

7. If this offer is not accepted in writing within 15 days after it is served, it will be deemed withdrawn.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of June, 2023, the foregoing document was served via email on all counsel or parties of record on the Service List below.

        The School Board of Palm Beach County, Florida
        Shawntoyia Bernard, Esquire, General Counsel

        By:   /s/ *J. Erik Bell*
            Jon Erik Bell, Esq.
            Florida Bar No. 328900
            Laura Esterman Pincus, Esq.
            Florida Bar No. 90018
            Anna Patricia Morales, Esq.
            Florida Bar No. 27634
            Lisa Anne Carmona, Esq.
            Florida Bar No. 843490
            Office of General Counsel
            3318 Forest Hill Boulevard, Suite C-331
            West Palm Beach, Florida 33406
            Tel: (561) 434-8746
            Fax: (561) 434-8105
            jon.bell@palmbeachschools.org
            merrie.mckenziesewell@palmbeachschools.org

**SERVICE LIST:**

Ann Marie Cintron-Siegel
Disability Rights Florida
1930 Harrison Street
Suite 104
Hollywood, FL 33020
850-488-9071 x 9790
Fax: 850-488-8640
Email: anns@disabilityrightsflorida.org

Evian Lynn White
Southern Poverty Law Center
PO Box 12463
Miami, FL 33101
786-447-7755
Fax: 786-237-2949
Email: evian.whitedeleon@splcenter.org

Melissa Marie Duncan
Legal Aid Society of Palm Beach County
423 Fern Street
Suite 200
West Palm Beach, FL 33401
561-655-8944
Fax: 655-5269
Email: mduncan@legalaidpbc.org

Molly Jean Paris
Disability Rights Florida
1930 Harrison Street
Suite 104
Hollywood, FL 33020
305-788-9359
Email: mollyp@disabilityrightsflorida.org

Samuel Turner Silk Boyd
Southern Poverty Law Center
PO Box 12463
Miami, FL 33101
7865700737
Email: sam.boyd@splcenter.org

Shahar Vinayi Pasch
1806 Old Okeechobee Road

Suite B
West Palm Beach, FL 33409
561-599-7400
Email: shahar@paschlaw.com

Hannah Benton Eidsath
National Center for Youth Law
712 H Street NE, DPT #32020
Washington, DC 20002
202-868-4781
Email: hbenton@youthlaw.org

Jean Strout
National Center for Youth Law
1212 Broadway, Ste. 600
Oakland, CA 94612
510-835-8098
Email: jstrout@youthlaw.org

Joshua C. Toll
King & Spalding LLP
1700 Pennsylvania Ave. NW, Ste. 200
Washington, DC 20006
202-737-8616
Email: jtoll@kslaw.com

Rachel Velcoff Hults
National Center for Youth Law
1212 Broadway, Ste. 600
Oakland, CA 94612
510-835-8098
Email: rvelcoff@youthlaw.org

Bacardi L Jackson
Southern Poverty Law Center
PO Box 12463
Miami, FL 33101
786-570-8047
Fax: 786-237-2949
Email: bacardi.jackson@splcenter.org