UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81099-CIV-CANNON/Reinhart

**D. P. et al.**,

    Plaintiffs,

v.

**SCHOOL BOARD OF PALM BEACH COUNTY**,

    Defendant.
_____/

## ORDER ON ACCEPTANCE OF OFFERS OF JUDGMENT

**THIS CAUSE** comes before the Court upon the Notices of Acceptance of Defendant's Rule 68 Offers of Judgment (the "Notices") [ECF Nos. 203, 204, 205, 206] and attached Offers of Judgment [ECF No. 203-1, 204-1, 205-1, 206-1] filed by Plaintiffs W.B., L.H., D.P., P.S., M.S., R.S., S.S., E.S., and J.S. *See* Fed. R. Civ. P. 68. The Court has reviewed the Notices and Offers of Judgment and is otherwise fully advised in the premises. Upon full review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Notices [ECF Nos. 203, 204, 205, 206] are **ACCEPTED**.

2. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, final judgment will be entered separately as to the Plaintiffs specified in this Order.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of July 2023.

                                                           AILEEN M. CANNON
                                                           UNITED STATES DISTRICT JUDGE

cc:    counsel of record