**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 21-81099-CIV-CANNON/Reinhart**

**D. P. et al.**,

    Plaintiffs,

v.

**SCHOOL BOARD OF PALM BEACH COUNTY**,

    Defendant.

_____/

**FINAL JUDGMENT AS TO CERTAIN PLAINTIFFS**

**THIS CAUSE** comes before the Court upon Plaintiffs' Acceptances of Defendant's Rule 68 Offers of Judgment [ECF Nos. 203, 204, 205, 206], which the Court accepted in a separate Order [ECF No. 208]. In accordance with Rule 54(b) of the Federal Rules of Civil Procedure, and pursuant to the accepted Rule 68 Offers of Judgment, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is **ENTERED** as follows:

1. Judgment is entered in favor of Plaintiffs W.B. and L.H. against Defendant as to all claims brought by W.B. and L.H. in this action [*see* ECF Nos. 203, 203-1].

2. Plaintiffs W.B. and L.H. shall take judgment against Defendant as follows:

    a. Payment in the amount of **$80,000.00** for compensatory and statutory damages to Plaintiff W.B., including reasonable attorneys' fees, litigation expenses, and costs of suit incurred by Plaintiff W.B. in relation to this case [ECF No. 203-1].

    b. Payment in the amount of **$30,000.00** for compensatory and statutory damages to L.H. including reasonable attorneys' fees, litigation expenses, and costs of suit incurred by Plaintiff L.H. in relation to this case [ECF No. 203-1].

CASE NO. 21-81099-CIV-CANNON/Reinhart

3. Judgment is entered in favor of Plaintiffs D.P. and P.S. against Defendant as to all claims brought by D.P. and P.S. in this action [*see* ECF Nos. 204, 204-1].

4. Plaintiffs D.P. and P.S. shall take judgment against Defendant as follows:

    a. Payment in the amount of **$80,000.00** for compensatory and statutory damages to Plaintiff D.P., including reasonable attorneys' fees, litigation expenses, and costs of suit incurred by Plaintiff W.B. in relation to this case [ECF No. 204-1].

    b. Payment in the amount of **$20,000.00** for compensatory and statutory damages to P.S. including reasonable attorneys' fees, litigation expenses, and costs of suit incurred by Plaintiff P.S. [ECF No. 204-1].

5. Judgment is entered in favor of Plaintiffs M.S., S.S., and R.S. against Defendant as to all claims brought by M.S.—through her next friends, S.S. and R.S.—in this action [*see* ECF Nos. 205, 205-1].

6. Plaintiffs M.S., S.S., and R.S. shall take judgment against Defendant as follows:

    a. Payment in the amount of **$40,000.00** for compensatory and statutory damages, reasonable attorneys' fees, litigation expenses, and costs of suit incurred by or on behalf of Plaintiff M.S. in relation to this case [ECF No. 205-1].

7. Judgment is entered in favor of Plaintiffs E.S. and J.S. against Defendant as to all claims brought by E.S. and J.S. in this action [*see* ECF Nos. 206, 206-1].

8. Plaintiffs E.S. and J.S. shall take judgment against Defendant as follows:

    a. Payment in the amount of **$140,000.00** for compensatory and statutory damages, including reasonable attorneys' fees, litigation expenses, and costs of suit incurred by Plaintiff E.S. in relation to this case [ECF No. 206-1].

    b. Payment in the amount of **$60,000.00** for compensatory and statutory damages,

including reasonable attorneys' fees, litigation expenses, and costs of suit incurred by Plaintiff J.S. in relation to this case [ECF No. 206-1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of July 2023.

                                                   **AILEEN M. CANNON**
                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record